IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**LISSETTE PEREZ LOPEZ, et al.,**
**Plaintiff**

v.   CIVIL NO. 05-1376(DRD)

**PRINCESS CRUISE LINE, LTD., et al.,**
**Defendants**

### ORDER OF DISMISSAL

Pending before the Court is plaintiff's *Notice of Voluntary Dismissal* (Docket No.14) moving the Court to dismiss with prejudice plaintiff's claims against the defendants. Plaintiffs' states for the record that the dismissal is warranted because the parties have entered into a *Settlement Agreement and Release* and that defendants have provided their consent for the filing of the notice requesting the dismissal.

On August 12, 2006, the Court issued an Order to defendants to express their position as to plaintiff's representation (Docket No. 15). On that same date, defendants filed their *Motion in Compliance With Order* (Docket No. 16) providing their consent to plaintiff's request for dismissal with prejudice and without the imposition of costs and attorney's fees.

Therefore, the Court pursuant to Rule 41(a)(1) hereby **DISMISSES** plaintiffs' claims against all defendants **WITH PREJUDICE** and without the imposition of costs and attorney's fees. **Judgment** shall be entered accordingly.

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 3rd day of August 2006.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE